**WARREN TELEPHONE CO v STATON**

Ohio Appeals, 7th Dist, Trumbull Co

Decided Oct 18, 1933

Washington Hyde, Warren, and G. P. Gillmer, Warren, for plaintiff in error.

Boyle, Boyle & Connor, Warren, and Howard Booher, Warren, for defendant in error.

Bert H. Long, Cincinnati, and Milton M. Bloom, for plaintiff in error.

Fricke & Driskill, Cincinnati, and John Matthews, Cincinnati, for defendant in error.

For full opinion see **40 OLR 51; 189 NE 660; 46 Oh Ap 505.**